■ CHERYL KUNCIO et al., Respondents, v MILLARD FILLMORE HOSPITAL, Appellant. — Order unanimously affirmed, with costs, for reasons stated in the memorandum decision at malpractice term, Gossel, J. We add only that the

rule of *Bing v Thunig* (2 NY2d 656) which abrogated the doctrine of charitable immunity, was correctly retroactively applied (*Keane v Sloan Kettering Inst. for Cancer Research,* 68 AD2d 901; see, also, *Toth v Community Hosp. at Glen Cove,* 22 NY2d 255; *Burton v Brooklyn Doctors Hosp.,* 88 AD2d 217; *O'Neill v Montefiore Hosp.,* 11 AD2d 132) without impairment of defendant's due process rights (see *Gurnee v Aetna Life & Cas. Co.,* 55 NY2d 184). (Appeal from order of Supreme Court, Erie County, Gossel, J. — summary judgment.) Present — Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ.